RECORD OF GRAND JURY BALLOT

c/ 7:17cr938

THE UNITED STATES OF AMERICA v. DUSTAN LAWSON

(SEALED UNTIL FURTHER ORDER OF THE COURT)