IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 7:17cr938 |
| | ) | |
| vs. | ) | **ORDER FOR** |
| | ) | **BENCH WARRANT** |
| DUSTAN LAWSON | ) | |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, DUSTAN LAWSON, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

s/Jacquelyn D. Austin
_____
UNITED STATES MAGISTRATE JUDGE

Greenville, South Carolina
October 10, 2017

BETH DRAKE
UNITED STATES ATTORNEY

By: _____
Jennifer E. Wells (#12520)
Special Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Telephone: (864) 282-2100
Email Address:
jennifer.wells2@usdoj.gov