IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 8:17-00938 |
| | ) | |
| v. | ) | **MOTION FOR BOND** |
| | ) | **REDUCTION** |
| DUSTAN LAWSON | ) | |

This matter is before the Court on motion by Defendant Dustan Lawson through his undersigned counsel to reduce bond. Mr. Lawson made his initial appearance on today, October 16, 2017. He was arraigned, defense counsel was appointed at that time, and bond was set at $30,000 secured. Defense counsel advised the court that Mr. Lawson's mother is willing to post her property as surety for the bond, but the value of her property was unknown at that time. The court set the bond with leave to revisit the issue once the property value could be determined. Defense counsel has informed the clerk of court that the mother's property in Spartanburg County is listed in the county tax assessor's office at $17,200 market value.

Mr. Lawson now wishes to re-visit the issue of bond and requests this court to set and hold a bond hearing and to reduce the bond from $30,000 to $17,200. Defense counsel has consulted with the attorney for the government and is authorized to inform the court that the government consents to a hearing on the matter.

Therefore, Defendant requests that the court set and hold a hearing in this matter.

        Respectfully submitted,
        FEDERAL PUBLIC DEFENDER
        Attorney for the Defendant

BY:    *s/Benjamin T. Stepp*
        Benjamin T. Stepp, Fed. Id. #4301
        Assistant Federal Public Defender
        75 Beattie Place, Suite 950
        Greenville, South Carolina 29601
        (864) 235-8714
        benjamin_stepp@fd.org

Greenville, South Carolina

October 16, 2017