# United States District Court

---------DISTRICT OF---------

EXHIBIT AND WITNESS LIST

USA
v.
DUSTAN LAWSON

Case Number: 7:17-938

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| Hon. Bruce H. Hendricks | Jennifer Wells, AUSA | Benjamin Stepp, AFPD |
| Trial Date(s) | Court Reporter | Courtroom Deputy |
| September 17, 2018 | Michelle Becker | Fred Bostic |

| Plf No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| CE-1 | | 9/17/18 | ✓ | ✓ | Photo of Weapon and Ammo |
| CE-2 | | 9/17/18 | ✓ | ✓ | Photo of Ammo |
| CE-3 | | 9/17/18 | ✓ | ✓ | Photo of Ammo |
| CE-4 | | 9/17/18 | ✓ | ✓ | Photo of Ammo |
| CE-5 | | 9/17/18 | ✓ | ✓ | Photo Weapons Parts |
| CE-6 | | 9/17/18 | ✓ | ✓ | Ltr fm K. Lawrence - Lawson's Sister |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1