IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 7:17-cr-938-BHH |
| | ) | |
| v. | ) | |
| | ) | |
| DUSTAN LAWSON | ) | |

NOTICE TO COURT
Fed.R.Crim. P. 32.2(c)(2)
AS TO DUSTAN LAWSON

NOW COMES the United States and represents as follows:

WHEREAS, on June 21, 2018, this Court entered a Preliminary Order of Forfeiture as to Dustan Lawson, ordering the Defendant to forfeit his interest in the following property:

Firearms:

    A.    Beretta USA Corp 96A1 Pistol
           Cal.: .40    S/N: A39739M
           Asset ID: 18-ATF-015188

    B.    Sig Sauer (Sig-Arms) Sig 716 Rifle
           Cal.: .762   S/N: 22C005758
           Asset ID: 18-ATF-015192

    C.    Sig Sauer (Sig-Arms) P227 Pistol
           Cal.: .45    S/N: 51B003442
           Asset ID: 18-ATF-015195

    D.    Barrett Firearms Mfg. Co. 82A1 Rifle
           Cal.: .50 BMG    S/N: AA000144
           Asset ID: 18-ATF-015196

    E.    Glock GMBH 30 Pistol
           Cal.: .45    S/N: UDF284
           Asset ID: 18-ATF-015197

F. Glock Inc. 19 Pistol
   Cal.: .9   S/N: AAGT439
   Asset ID: 18-ATF-015198

G. Glock GMBH 19 Pistol
   Cal.: .9   S/N: VXZ457
   Asset ID: 18-ATF-015203

H. Sig Sauer (Sig-Arms) Sig 556 Rifle
   Cal.: .556   S/N: 20G012742
   Asset ID: 18-ATF-015205

I. PTR Industries Inc. (PTR-91 Inc.) PTR 91 Rifle
   Cal.: .308   S/N: DK1711
   Asset ID: 18-ATF-015206

J. Sig Sauer (Sig-Arms) MPX-P Pistol
   Cal.: .9   S/N: 62B027686
   Asset ID: 18-ATF-015209

K. Ruger Precision Rifle
   Cal.: .308   S/N: 1800-27712
   Asset ID: 18-ATF-015213

L. Glock Inc. .22 Pistol
   Cal.: .40   S/N: VBP175
   Asset ID: 18-ATF-015215

Silencers:

A. Advanced Armament Corp Silencer
   S/N: N06233
   Asset ID: 17-ATF-030402

B. Advanced Armament Corp Silencer
   S/N: M02182
   Asset ID: 17-ATF-030403

C. Advanced Armament Corp Silencer
   S/N: TR3369
   Asset ID: 17-ATF-030404

D. Advanced Armament Corp Silencer
   S/N: PDG4201

                Asset ID: 17-ATF-030405

        E.        Advanced Armament Corp Silencer
                S/N: M06659
                Asset ID: 17-ATF-030406

Ammunition:

        172 rounds assorted ammunition
        Cal.: Multi
        Asset ID: 18-ATF-015218

WHEREAS, the United States caused to be published on an official government internet website ("www.forfeiture.gov"), of general circulation in the State of South Carolina and the United States for thirty (30) consecutive days, beginning July 7, 2018 and ending August 5, 2018, as required by Supplemental Rule G(4)(a)(iv)(c), Fed.R.Civ.P., notice of this forfeiture and the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged interest in the property; and

WHEREAS, no timely claim has been filed as to the Firearms: A. Beretta USA Corp 96A1 Pistol, Cal.: .40, S/N: A39739M, Asset ID: 18-ATF-015188; B. Sig Sauer (Sig-Arms) Sig 716 Rifle, Cal.: .762, S/N: 22C005758, Asset ID: 18-ATF-015192; C. Sig Sauer (Sig-Arms) P227 Pistol, Cal.: .45, S/N: 51B003442, Asset ID: 18-ATF-015195; D. Barrett Firearms Mfg. Co. 82A1 Rifle, Cal.: .50 BMG, S/N: AA000144, Asset ID: 18-ATF-015196; E. Glock GMBH 30 Pistol, Cal.: .45, S/N: UDF284, Asset ID: 18-ATF-015197; F. Glock Inc. 19 Pistol, Cal.: .9, S/N: AAGT439, Asset ID: 18-ATF-015198; G. Glock GMBH 19

Pistol, Cal.: .9, S/N: VXZ457, Asset ID: 18-ATF-015203; H. Sig Sauer (Sig-Arms) Sig 556 Rifle, Cal.: .556, S/N: 20G012742, Asset ID: 18-ATF-015205; I. PTR Industries Inc. (PTR-91 Inc.) PTR 91 Rifle, Cal.: .308, S/N: DK1711, Asset ID: 18-ATF-015206; J. Sig Sauer (Sig-Arms) MPX-P Pistol, Cal.: .9, S/N: 62B027686, Asset ID: 18-ATF-015209; K. Ruger Precision Rifle, Cal.: .308, S/N: 1800-27712, Asset ID: 18-ATF-015213; L. Glock Inc. .22 Pistol, Cal.: .40, S/N: VBP175, Asset ID: 18-ATF-015215; Silencers: A. Advanced Armament Corp Silencer, S/N: N06233, Asset ID: 17-ATF-030402; B. Advanced Armament Corp Silencer, S/N: M02182, Asset ID: 17-ATF-030403; C. Advanced Armament Corp Silencer, S/N: TR3369, Asset ID: 17-ATF-030404; D. Advanced Armament Corp Silencer, S/N: PDG4201, Asset ID: 17-ATF-030405; E. Advanced Armament Corp Silencer, S/N: M06659, Asset ID: 17-ATF-030406; Ammunition: 172 rounds assorted ammunition, Cal.: Multi, Asset ID: 18-ATF-015218, and the time to file such claims has passed; and

WHEREAS, the Preliminary Order of Forfeiture provides that it will become the Final Order of Forfeiture in the absence of any claims by third parties;

It appears that all right, title, and interest in the Firearms: A. Beretta USA Corp 96A1 Pistol, Cal.: .40, S/N: A39739M, Asset ID: 18-ATF-015188; B. Sig Sauer (Sig-Arms) Sig 716 Rifle, Cal.: .762, S/N: 22C005758, Asset ID: 18-ATF-015192; C. Sig Sauer (Sig-Arms) P227 Pistol, Cal.: .45, S/N: 51B003442, Asset ID: 18-ATF-015195; D. Barrett Firearms Mfg. Co. 82A1 Rifle, Cal.: .50 BMG, S/N: AA000144, Asset ID: 18-ATF-015196; E. Glock GMBH 30 Pistol, Cal.: .45, S/N: UDF284, Asset ID: 18-ATF-015197; F. Glock Inc. 19 Pistol, Cal.: .9, S/N: AAGT439, Asset ID: 18-ATF-015198; G. Glock GMBH 19

Pistol, Cal.: .9, S/N: VXZ457, Asset ID: 18-ATF-015203; H. Sig Sauer (Sig-Arms) Sig 556 Rifle, Cal.: .556, S/N: 20G012742, Asset ID: 18-ATF-015205; I. PTR Industries Inc. (PTR-91 Inc.) PTR 91 Rifle, Cal.: .308, S/N: DK1711, Asset ID: 18-ATF-015206; J. Sig Sauer (Sig-Arms) MPX-P Pistol, Cal.: .9, S/N: 62B027686, Asset ID: 18-ATF-015209; K. Ruger Precision Rifle, Cal.: .308, S/N: 1800-27712, Asset ID: 18-ATF-015213; L. Glock Inc. .22 Pistol, Cal.: .40, S/N: VBP175, Asset ID: 18-ATF-015215; Silencers: A. Advanced Armament Corp Silencer, S/N: N06233, Asset ID: 17-ATF-030402; B. Advanced Armament Corp Silencer, S/N: M02182, Asset ID: 17-ATF-030403; C. Advanced Armament Corp Silencer, S/N: TR3369, Asset ID: 17-ATF-030404; D. Advanced Armament Corp Silencer, S/N: PDG4201, Asset ID: 17-ATF-030405; E. Advanced Armament Corp Silencer, S/N: M06659, Asset ID: 17-ATF-030406; Ammunition: 172 rounds assorted ammunition, Cal.: Multi, Asset ID: 18-ATF-015218, has been forfeited to the United States of America in accordance with the Preliminary Order of Forfeiture, and may be disposed of according to law.

Respectfully submitted,

SHERRI A. LYDON
UNITED STATES ATTORNEY

By: *s/Carrie Fisher Sherard*
Carrie Fisher Sherard #10134
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
(864) 282-2100

November 13, 2018